# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN DESHAWN ANDERSON, et al., ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 09-179 Erie |
| v. ) | |
| ) | |
| FRANCISCO QUINTANA, et. al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on July 16, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 19], filed on June 17, 2011, recommended that the Petition be denied because the claims raised by Petitioner are procedurally defaulted for failure to exhaust administrative remedies. The parties were allowed fourteen (14) days from the date of service to file objections and service was made on Petitioner by certified mail. No objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 7th day of July, 2011;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED because the claims raised by Petitioner are procedurally defaulted for failure to exhaust administrative remedies.

The Report and Recommendation [ECF No. 19] of Magistrate Judge Baxter, filed on June 17, 2011, is adopted as the opinion of the Court.

The Clerk is directed to mark the case closed.

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge